THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL J. BROWN, Appellant.

Submitted March 9, 2009; decided March 31, 2009

Motion to vacate this Court's February 10, 2009 preclusion order granted.